IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA     *
    *   Criminal No. JFM-06-0252
v.     *   Civil No. JFM-08-499
    *
RUSSELL SHIFLETT     *
*****

MEMORANDUM

Russell Shiflett has filed this motion to vacate, set aside or correct his sentence under 28 U.S.C. §2255. The government has filed a response. Although Shiflett has not filed a formal reply to the government's response, he did file a motion for summary judgment after the government filed its reply.

Shiflett's motion is denied.

Shiflett raised all of the claims he asserts in his petition in an appeal that he took from the guilty plea he entered in this case. The United States Court of Appeals for the Fourth Circuit rejected all of the claims. Nothing has occurred since the Fourth Circuit entered its opinion to give substance to any of the claims.

A separate order denying Shiflett's motion is being entered herewith.

Date: July 8, 2008

J. Frederick Motz
United States District Judge